[No. 59932-1-I.  Division One.  April 7, 2008.]

ELI RODRIGUEZ, *Appellant*, v. LOUDEYE CORPORATION ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-32528-1, Jeffrey M. Ramsdell, J., entered April 3, 2007. *Affirmed* by unpublished opinion per Agid, J., concurred in by Dwyer, A.C.J., and Leach, J. Now published at 144 Wn. App. 709.

[No. 59938-1-I.  Division One.  April 7, 2008.]

JOHN THARP, *Appellant*, v. THE UNIVERSITY OF WASHINGTON
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-35787-8, Richard D. Eadie, J., entered March 30, 2007. *Affirmed* by unpublished opinion per Agid, J., concurred in by Dwyer, A.C.J., and Leach, J.

[No. 60073-7-I.  Division One.  April 7, 2008.]

TEAMSTERS LOCAL UNION NO. 117, *Appellant*, v. THE
DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-09157-2, Linda C. Krese, J., entered May 4, 2007. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Appelwick and Leach, JJ. Now published at 145 Wn. App. 507.

[No. 60097-4-I.  Division One.  April 7, 2008.]

BING KONG CHAN, *Appellant*, v. FENG XIAN LIANG,
*Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-3-07304-4, James D. Cayce, J., entered October 3, 2005. *Affirmed in part* and *reversed in part* by unpublished opinion per Schindler, C.J., concurred in by Grosse and Cox, JJ.